**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

FRANCES SUZANNE DEVICO,       :
                                  :
        Plaintiff,            :    CIVIL ACTION:  1:17-cv-07556-RMB-JS
                                  :
        v.                 :
                                  :
GENESIS HEALTHCARE LLC, ET AL.,   :
                                  :
        Defendant.       :
                                  :

## <u>WITHDRAWAL OF APPEARANCE</u>

Please withdraw my appearance as counsel on behalf of Defendants Genesis HealthCare

LLC, Genesis Healthcare, Inc., 144 Magnolia Drive Operations LLC, Lois Helmig, and David

Kinder in the above-captioned matter.

                                          */s/ Greg Harold Greubel*

                                          Greg Harold Greubel (NJ # 171622015)
                                          **LITTLER MENDELSON, P.C.**
                                          1601 Cherry Street, Suite 1400
                                          Philadelphia, PA  19102.1321
                                          267-402-3000
                                          267-402-3131 (fax)
Dated:  July 10, 2019                    ggreubel@littler.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10th day of July, 2019, the foregoing document was filed using the United States District Court for the District of New Jersey ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

/s/ *Greg Harold Greubel*
Greg Harold Greubel